UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daiqone Michael Hoffman**                                    Docket No. 5:19-CR-132-1BO

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the Court, presenting a petition for modification of the Judgment and Commitment Order of Daiqone Michael Hoffman, who, upon an earlier plea of guilty to Possession of a Firearm by Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 26, 2019, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On August 25, 2021, the defendant was resentenced by the Honorable Terrence W. Boyle, United States District Judge, to 50 months imprisonment, followed by 36 months of supervised release. He was released from custody on October 11, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 17, 2023, the defendant submitted a urine sample which tested positive for marijuana. When confronted with the positive test result, the defendant signed a written admission to marijuana use on or about October 13, 2023. While discussing the circumstances related to his drug use, the defendant indicated he could benefit from participation in a program of substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake | /s/ John Seth Coleman |
| David W. Leake | John Seth Coleman |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2545 |
| | Executed On: October 18, 2023 |

**ORDER OF THE COURT**

Considered and ordered this _____19_____ day of __Oct._____, 2023, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge